# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

137116

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

MOSES RABBIT KIRSCHKE,
   Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 137116
COA: 277853
St Clair CC: 06-000294-FC

   On order of the Court, the application for leave to appeal the July 8, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

Clerk